# IN THE UNITED STATES BANKRUPTCY CODE
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO.: 10-3931 (BKT) |
| CLENDO LAB, INC.<br>d/b/a CLENDO REFERENCE | |
| Debtor | CHAPTER 11 |

## INFORMATIVE MOTION REGARDING APPLICABILITY OF
## SECTION 333 OF THE BANKRUPTCY CODE

**TO THE HONORABLE COURT**:

**COMES NOW**, Clendo Lab, Inc., Debtor herein, through the undersigned attorney, and very respectfully STATES and PRAYS:

1. On May 10, 2010, Clendo Lab, Inc., filed its bankruptcy petition under the provisions of Chapter 11 of the U.S. Bankruptcy Code. Since then, it has been managing its affairs and operating as debtor in possession pursuant to the provisions of sections §1107 and § 1108 the Bankruptcy Code.

2. The Debtor stated in its bankruptcy petition that it is a health care business.

3. The Debtor is a corporation organized pursuant to the laws of the Commonwealth of Puerto Rico since April 1979 and dedicated to providing clinical, laboratory and pathology services to hospitals, laboratories and veterinary clinics.

4. Pursuant to Section 333 of the Bankruptcy Code if the Debtor is a health care business, the Court can appoint an ombudsman to monitor the quality of care and to protect the interests of the Debtor's patient during the bankruptcy. 11 USC 333.

5. The Debtor has evaluated the provisions of Section 333 and the requirements for the designation of an ombudsman and understands that due to the nature of the Debtor's

business an ombudsman is not required.

**WHEREFORE** the Debtor very respectfully requests that this Honorable Court take notice of the above stated.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 11th day of May, 2010.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing through the CM/ECF system, which will send notification of such filing to the parties therein registered to receive Notice, including the U.S. Trustee,

                                    **C. CONDE & ASSOC.**
                                    S/Luisa S. Valle Castro
                                    Luisa S. Valle Castro, Esq.
                                    USDC No. 215611
                                    254 San José Street, 5th Floor
                                    Old San Juan, Puerto Rico 00901
                                    Telephone: 787-729-2900
                                    Facsimile: 787-729-2203
                                    E-Mail: *condecarmen@microjuris.com*