**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| CLENDO LAB, INC. | * | Case No. 10-03931 (BKT) |
| d/b/a CLENDO REFERENCE, | * | |
| | * | |
| Debtor(s). | * | Chapter 11 |
| | * | |

**UNITED STATES TRUSTEE'S POSITION AS TO
APPOINTMENT OF PATIENT CARE OMBUDSMAN**

*TO THE HONORABLE COURT:*

Donald F. Walton, the United States Trustee for Region 21, through his undersigned counsel, respectfully states and prays as follows:

1. The debtor filed a voluntary petition, on May 10, 2010, in which it indicated that the nature of its business is a health care business (dkt. # 1).

2. On May 11, 2010, the debtor filed an informative motion stating that its business was "providing clinical, laboratory and pathology services to hospitals, laboratories and veterinary clinics" and that "due to the nature of the Debtor's business an ombudsman is not necessary." (Dkt. # 5).

3. The United States Trustee understands that the debtor is a reference laboratory and does not consider the debtor to be a "health care business" as that term is defined in section 101(27A) of the Bankruptcy Code.

*IN RE CLENDO LAB, INC.*
**CASE NO. 10-03931 (BKT)** Page 2 of 3

4. In view of the foregoing, the United States Trustee understands that the appointment of a patient care ombudsman is neither appropriate nor necessary and that the debtor should amend its bankruptcy petition to eliminate its self-designation as a health care business.

**WHEREFORE**, the United States Trustee respectfully requests that the Court take note of the foregoing and enter such relief as is appropriate and deemed necessary.

### - CERTIFICATE OF SERVICE -

**I HEREBY CERTIFY** that on this date I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Carmen D. Conde Torres | notices@condelaw.com; |
| Jean Philip Gauthier Inesta | jpgauthier@spiderlink.net; |
| Monsita Lecaroz Arribas | ustpregion21.hr.ecf@usdoj.gov; |
| Luis C. Marini Biaggi | luis.marini@oneillborges.com, docket_clerk@oneillborges.com, rebeca.rodriguez@oneillborges.com; |
| Sergio A. Ramirez De Arellano | sramirez@sarlaw.com; |
| Juan Manuel Suarez Cobo | suarezcobo@prtc.net, suarezcobo.ecf@gmail.com, docketclerk@gmail.com, docket.ecf@gmail.com, ecf.sort@gmail.com, pennyrose@legalpartnerspr.com, noemi@legalpartnerspr.com, nilbeth@legalpartnerspr.com, suarezcobo@gmail.com, julio@legalpartnerspr.com; |

*IN RE CLENDO LAB, INC.*
**CASE NO. 10-03931 (BKT)** Page 3 of 3

    Luisa S. Valle Castro                      notices@condelaw.com.

    **I DO HEREBY FURTHER CERTIFY** that on this same date a true and exact copy of the foregoing has been *sent by regular United States mail* to the debtor, Clendo Lab, Inc., PO Box 549, Bayamon, PR 00960.

    DATED: May 19, 2010.

    DONALD F. WALTON
United States Trustee for Region 21

MONSITA LECAROZ ARRIBAS
Assistant United States Trustee

OFFICE OF THE UNITED STATES TRUSTEE
Edificio Ochoa
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Telephone: (787) 729-7444
Telecopier: (787) 729-7449

**(Electronically Filed)**

By: *s/ Edward A. Godoy*
    Edward A. Godoy
    Trial Attorney
    USDC-PR No. 202612

H:\myfiles\pos re ombudsman - Clendo Lab.wpd